| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hursh, Benjamin P. | 2. Court or Organization<br><br>U.S. Bankruptcy Court District of Montana | 3. Date of Report<br><br>01/17/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Mike Mansfield Federal Courthouse<br>400 North Main Street, 2nd Floor<br>Butte, MT 59701 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Crowley Fleck, PLLP |
| 2. | Member | Grasshopper Land, LLC |
| 3. | Owner | Cattle ranching (sole proprietor - no legal name) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 01/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Crowley Fleck, PLLP, partnership income | $258,717.00 |
| 2. 2015 | Sole proprietor, livestock sales | $27,000.00 |
| 3. 2016 | Crowley Fleck, PLLP, partnership income | $232,928.00 |
| 4. 2016 | Sole proprietor, livestock sales | $13,875.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Sole proprietor, livestock sales |
| 2. 2015 | Cosmetic consulting, consulting fees |
| 3. 2016 | Sole proprietor, livestock sales |
| 4. 2016 | Cosmetic consulting, consulting fees |
| 5. 2017 | Cosmetic consulting, consulting fees |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 01/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Aspire Resources Inc. | Student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 01/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Custodian Retirement Account (H) | | | | | | | | | |
| 2. First Interstate Bank | A | Interest | K | T | Exempt | | | | |
| 3. First TR Value Line Divid in SHS | A | Dividend | K | T | Exempt | | | | |
| 4. Ishares TR Core S&P MCP ETF | A | Dividend | K | T | Exempt | | | | |
| 5. Ishares TR Core S&P SCP ETF | A | Dividend | K | T | Exempt | | | | |
| 6. IVY FD Emrgn LC DTB | | None | K | T | Exempt | | | | |
| 7. IVY Fund - Cundill Global Value | | None | J | T | Exempt | | | | |
| 8. IVY Fund International Core EQ | | None | K | T | Exempt | | | | |
| 9. IVY Limited-Term Bond | A | Dividend | K | T | Exempt | | | | |
| 10. IVY Microcap Growth Fund | | None | K | T | Exempt | | | | |
| 11. IVY Science and Technology | | None | K | T | Exempt | | | | |
| 12. Lord Abbett High Yield | A | Dividend | K | T | Exempt | | | | |
| 13. The Growth Fund of America - F2 | | None | K | T | Exempt | | | | |
| 14. Waddel & Reed Adv Wilshire GLB Asty | | None | J | T | Exempt | | | | |
| 15. WR Advisors Energy | | None | J | T | Exempt | | | | |
| 16. UTMA (H) | | | | | | | | | |
| 17. WR Advisors Science and Technology | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 01/17/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WR Advisors Wilshire GBL | | None | K | T | Exempt | | | | |
| 19. IRA (H) | | | | | | | | | |
| 20. Waddell & Reed Adv Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 21. WR Advisors Small Cap A | A | Dividend | J | T | Exempt | | | | |
| 22. UTMA (H) | | | | | | | | | |
| 23. WR Advisors Science and Technology A | | None | J | T | Exempt | | | | |
| 24. WR Advisors Wilshire GBL AST | | None | J | T | Exempt | | | | |
| 25. IRA (H) | | | | | | | | | |
| 26. IVY Fund - Cundill Global Value | A | Dividend | J | T | Exempt | | | | |
| 27. WR Advisors Cash Management | A | Dividend | J | T | Exempt | | | | |
| 28. WR Advisors Energy | | None | J | T | Exempt | | | | |
| 29. Waddel & Reed Adv Wilshire GLB Asty | | None | J | T | Exempt | | | | |
| 30. First Interstate Bank Account | A | Interest | J | T | Exempt | | | | |
| 31. Bitterroot Valley Bank Account (TrailWest Bank) | A | Interest | K | T | Exempt | | | | |
| 32. Crowley Fleck, PLLP Profit Sharing Plan and Trust (H) | | | | | | | | | |
| 33. Harbor International Fund | A | Dividend | J | T | Exempt | | | | |
| 34. Janus Enterprise Fund | A | Dividend | K | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 01/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. American Funds Growth Fund of America | A | Dividend | K | T | Exempt | | | | |
| 36. Fidelity 500 Index Fund | A | Dividend | K | T | Exempt | | | | |
| 37. Fidelity Government Income Fund | A | Dividend | J | T | Exempt | | | | |
| 38. Dodge and Cox Income Fund | A | Dividend | K | T | Exempt | | | | |
| 39. Vanguard Retirement 2035 Fund | A | Dividend | L | T | Exempt | | | | |
| 40. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 01/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts: Benjamin Hursh's previous retirement account was rolled over into a new retirement account. The funds were purchased at various times in 2017 and some of those funds as of the report date had not produced any dividend income.

Part VII, Line 2. In my initial disclosure, I identified an account as a Brokerage Money Market account. On December 19, 2017, I recieved a letter requesting additional detail regarding this asset. On January 17, 2018, I contacted First Interstate Bank and was advised that this account is not a Brokerage Money Market Account. It is an "Insured Market Savings Account." It is a traditional savings account with a few benefits such as a higher interest rate and a higher minimum balance requirement than other savings accounts. Along with amending the description of the account, the value code has been amended to reflect a value just over $15,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Hursh, Benjamin P. | 01/17/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Benjamin P. Hursh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544